1  Neal A. Potischman (SBN 254862)
   DAVIS POLK & WARDWELL LLP
2  1600 El Camino Real
   Menlo Park, California 94025
3  Telephone: (650) 752-2000
   Facsimile: (650) 752-2111
4  Email: neal.potischman@davispolk.com

5  James P. Rouhandeh
   Charles S. Duggan
6    (*pro hac vice* applications forthcoming)
   DAVIS POLK & WARDWELL LLP
7  450 Lexington Avenue
   New York, New York 10017
8  Telephone: (212) 450-4000
   Facsimile: (212) 701-5800
9  Email: james.rouhandeh@davispolk.com
           charles.duggan@davispolk.com
10

11 *Attorneys for Defendants Meta Platforms, Inc.*
   *f/k/a Facebook, Inc., Mark Zuckerberg, and*
12 *David M. Wehner*

13                UNITED STATES DISTRICT COURT

14            FOR THE NORTHERN DISTRICT OF CALIFORNIA

15                    SAN FRANCISCO DIVISION

16

17 JUAN PEREZ, individually and on behalf ) Case No. 3:21-cv-09041-CRB
   of all others similarly situated,     )
18                                        )
19               Plaintiff,               )
                                          ) **NOTICE OF APPEARANCE OF**
20         v.                             ) **NEAL A. POTISCHMAN**
                                          )
21 META PLATFORMS, INC. f/k/a             )
   FACEBOOK, INC., MARK ZUCKERBERG, )
22 and DAVID M. WEHNER,                   )
                                          )
23               Defendants.              )
                                          )
24                                        )

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Neal A. Potischman of the law firm of Davis Polk & Wardwell LLP hereby appears in this action as counsel on behalf of Defendants Meta Platforms, Inc. f/k/a Facebook, Inc., Mark Zuckerberg, and David M. Wehner ("Defendants").  Defendants do not waive, and expressly reserve, all available defenses, including those relating to personal jurisdiction and venue.  Defendants respectfully request that all pleadings and other documents be addressed to and served upon Neal A. Potischman using the contact information set forth below.

> Neal A. Potischman
> DAVIS POLK & WARDWELL LLP
> 1600 El Camino Real
> Menlo Park, California 94025
> Telephone: (650) 752-2000
> Facsimile: (650) 752-2111
> Email: neal.potischman@davispolk.com

Dated:  December 8, 2021

DAVIS POLK & WARDWELL LLP

By: */s/ Neal A.Potischman*
Neal A. Potischman (SBN 254862)
1600 El Camino Real
Menlo Park, California 94025
Telephone: (650) 752-2000
Facsimile: (650) 752-2111
Email: neal.potischman@davispolk.com

James P. Rouhandeh
Charles S. Duggan
   (*pro hac vice* applications forthcoming)
DAVIS POLK & WARDWELL LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
Email: james.rouhandeh@davispolk.com
              charles.duggan@davispolk.com

*Attorneys for Defendants Meta Platforms, Inc. f/k/a Facebook, Inc., Mark Zuckerberg, and David M. Wehner*